AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DENZEL PAYNE  
　Petitioner

v.

UNITED STATES OF AMERICA  
　Respondent

Civil Action No. 2:22-cv-394  
arising from 2:20-cr-64

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: Petitioner, Denzel Payne's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence is DENIED. Judgment is ENTERED favor of Respondent, United States of America and against Petitioner, Denzel Payne.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Senior Judge James T. Moody on a Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255.

DATE:   06/21/2024               CHANDA J. BERTA, CLERK OF COURT

　　　　　　　　　　　　　　　　　　by   s/J. Barboza  
　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*